JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>                    Plaintiff,<br><br>      v.<br><br>CAROLYN MAGINOT, Trustee of the Carolyn Maginot Family Trust; and DOES 1-10,<br><br>                    Defendants. | Case No.: CV 21-1954-GW-KSx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  March 3, 2021<br>Trial Date:     Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendant Carolyn Maginot is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  April 12, 2021

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE